MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RYAN A. REZAEI (CABN 285133)
Special Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5589
    Fax: (408) 535-5066
    Email: ryan.rezaei@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 15-70366 MAG |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| JOHNELL LEE CARTER, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint without prejudice.

DATED:  April 15, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

       /s/
RYAN A. REZAEI
Special Assistant U.S. Attorney

NOTICE OF DISMISSAL
15-70366 MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR: 15-70366 MAG |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNELL LEE CARTER | ) | |
| Defendant. | ) | |

Leave is granted to the government to dismiss the above Complaint.  The Complaint is hereby ordered dismissed without prejudice.

Date: 4/15/2015

PAUL S. GREWAL
United States Magistrate Judge